1  GEOFFREY V. WHITE, SBN 068012
   LAW OFFICE OF GEOFFREY V. WHITE
2  351 California Street, Suite 1500
   San Francisco, CA 94104
3  Telephone: (415) 362-5658
   Facsimile: (415) 362-4115
4
5  Attorneys for Plaintiff, Patricia Fortlage

6  HORACE W. GREEN, SBN 115699
   GREEN & HUMBERT
7  220 Montgomery Street, Suite 438
   San Francisco, California 94104
8  Telephone: (415) 837-5433
   Facsimile:  (415) 837-0127
9
   Attorneys for Defendants
10 HELLER EHRMAN, LLP;
   HELLER EHRMAN LONG TERM
11 DISABILITY PLAN; and
   UNUM LIFE INSURANCE COMPANY
12 OF AMERICA

13

14                 **UNITED STATES DISTRICT COURT**

15                 **NORTHERN DISTRICT OF CALIFORNIA**

16

17 PATRICIA FORTLAGE,                     ) CASE NO.: C 08-03406 VRW
                                          )
18          Plaintiffs,                   ) **STIPULATION AND** ~~PROPOSED~~ **ORDER**
                                          ) **OF DISMISSAL OF HELLER EHRMAN**
19    vs.                                 ) **LLP AND UNUM LIFE INSURANCE**
                                          ) **COMPANY WITHOUT PREJUDICE**
20 HELLER EHRMAN LLP; HELLER              ) **[Rule 41(a), Federal Rules of Civil**
   EHRMAN LONG TERM DISABILITY            ) **Procedure]**
21 PLAN; and UNUM LIFE INSURANCE CO.      )
   OF AMERICA,                            )
22                                        )
            Defendants.                   )
23                                        )
                                          )
24 _____

25      Plaintiff Patricia Fortlage, and Defendants Heller Ehrman LLP, Heller Ehrman Long

26 Term Disability Plan, and Unum Life Insurance Company of America, by and through their

27 respective counsel of record, hereby stipulate that Defendants Heller Ehrman LLP and

28 Unum Life Insurance Company be dismissed from this action without prejudice.  This

STIPULATION AND PROPOSED ORDER DISMISSING HELLER EHRMAN AND UNUM LIFE INSURANCE
COMPANY WITHOUT PREJUDICE - Case No. C 08-03406 VRW

Stipulation is based on Ninth Circuit authority holding that the Plan is the proper party defendant to a claim for disability benefits brought under ERISA Section 502 (a)(1)(B), 29 U.S.C. Section 1132(a)(1)(B). This Stipulation is further based upon the agreement between the parties that Unum Life Insurance Company shall retain responsibility for satisfaction of any Judgment issued in this action against the Plan pursuant to 29 U.S.C. Section 1132(a)(1)(B).

DATED: March 2, 2009         GREEN & HUMBERT

By: /s/ Horace W. Green
    Horace W. Green

Attorneys for Defendants

DATED: March 2, 2009         LAW OFFICE OF GEOFFREY V. WHITE

By: /s/ Geoffrey V. White
    Geoffrey V. White

Attorneys for Plaintiff

## ORDER

Good cause appearing, IT IS HEREBY ORDERED that Defendants Heller Ehrman LLP and Unum Life Insurance Company be, and hereby are, dismissed from this action without prejudice,

Dated: March 4, 2009

IT IS SO ORDERED
Judge Vaughn R Walker
_____ Judge

STIPULATION AND PROPOSED ORDER DISMISSING HELLER EHRMAN AND UNUM LIFE INSURANCE COMPANY WITHOUT PREJUDICE - Case No. C 08-03406 VRW

2

GREEN & HUMBERT
220 Montgomery Street
Suite 1418
San Francisco, CA
(415) 837-5433