IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PATRICIA FORTLAGE, | No | C-08-03406 VRW |
|     Plaintiff, | | ORDER |
|     v | | |
| HELLER EHRMAN LLP, HELLER EHRMAN LONG-TERM DISABILITY PLAN, UNUM LIFE INSURANCE COMPANY, | | |
|     Defendants. | | |

The parties have filed what appear to be cross-motions under FRCP 52. As the court understands these motions, the parties agree to a bench trial on the administrative record in which the court may make credibility determinations to make the findings required under FRCP 52. See Kearney v Standard Ins Co, 175 F3d 1084, 1095 (9th Cir 1999).

If this is correct, the parties should confirm to the court in advance of the June 4, 2009 hearing.  In that case, the court will VACATE the June 4 hearing and take the matter under submission.  If this is not correct, the parties should be prepared to discuss how they wish to proceed.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge