IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA FORTLAGE, | No   C-08-03406 VRW |
|     Plaintiff, | ORDER |
|     v | |
| HELLER EHRMAN LLP, HELLER EHRMAN LONG-TERM DISABILITY PLAN, UNUM LIFE INSURANCE COMPANY, | |
|     Defendants. | |

    The court received a letter from defendants indicating that the parties agree the court should conduct a bench trial in this matter on the administrative record under FRCP 52.  Doc #53. Accordingly, the June 4 hearing on the parties' cross-motions (Doc ##29, 38) is hereby VACATED.

    The court designates Chief Magistrate Judge James Larson to conduct a hearing on this matter and submit to the court, not later than August 31, 2009 proposed findings of fact and

recommendations for the disposition pursuant to 28 USC § 636(b)(1)(B). The parties will then have ten days to submit to the court any written objections they might have to those proposed findings and recommendations under 28 USC § 636(b)(1).

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge