UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA FORTLAGE,<br><br>    Plaintiff,<br><br>v.<br><br>HELLER EHRMAN LLP, et al.,<br><br>    Defendants.<br>_____/ | No. C 08-3406 VRW (JL)<br><br><br><br>**NOTICE** |

    YOU ARE HEREBY NOTIFIED that a status conference will be held before this Court on Wednesday July 8, 2009 at 10:30 a.m. The parties shall file a joint status conference statement on or before July 1, 2009 describing the nature and extent of further briefing and evidence if any that needs to be taken in order for this Court to prepare Findings and Recommendations for the district court (Hon. Vaughn R. Walker) pursuant to the order of reference e-filed at Docket Number 55.

    IT IS SO ORDERED.

DATED: June 17, 2009

_____
JAMES LARSON
Chief Magistrate Judge