Geoffrey V. White (SBN 068012)
LAW OFFICE OF GEOFFREY V. WHITE
351 California Street, Suite 1500
San Francisco, CA 94104
Telephone: (415) 362-5658
Facsimile: (415) 362-4115
Email: gvwhite@sprynet.com

Attorneys for Plaintiff

Horace W. Green (SBN 115699)
GREEN & HUMBERT
220 Montgomery Street, Suite 1418
San Francisco, California  94104
Telephone:  (415) 837-5433
Facsimile:   (415) 837-0127

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA FORTLAGE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HELLER EHRMAN, LLP; HELLER EHRMAN LONG-TERM DISABILITY PLAN, and UNUM LIFE INSURANCE CO. OF AMERICA<br>　　　　Defendants. | Case No. C 08 - 03406 VRW (EMC)<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS AND [PROPOSED] ORDER THEREON** |

   Plaintiff Patricia Fortlage and Defendant Heller Ehrman Long Term Disability Plan,

through their undersigned counsel, hereby stipulate and agree as follows:

   WHEREAS, Magistrate Judge Edward M. Chen conducted a bench trial in the

above matter on November 17, 2009, and counsel requested a transcript of the hearing at

that time;

1    WHEREAS, Magistrate Judge Chen reviewed the approximately 3,000 pages comprising the Administrative Record in this case and issued his 53-page Report and Recommendations re Proposed Findings of Fact and Conclusions of Law on December 18, 2009, such that Plaintiff's Objections are presently due on January 4, 2010;

WHEREAS, Plaintiff still has not received a transcript of the proceedings, and the intervening holidays and the press of other litigation make it virtually impossible to complete and file the Objections by said date;

NOW THEREFORE, it is hereby stipulated by and between the parties, through their undersigned counsel, that Plaintiff may have to and including January 19, 2010 to file her Objections and Motion for <u>de novo</u> determination pursuant to Civil Local Rule 72-3, and Defendant may have 14 days thereafter to file its Responses thereto.

DATE: December 21, 2009          LAW OFFICE OF GEOFFREY V. WHITE

                                 By:  **/s/ Geoffrey V. White**
                                      GEOFFREY V. WHITE
                                      Attorney for Plaintiff

DATE: December 21, 2009          GREEN & HUMBERT

                                 By:  **/s/ Horace W. Green**
                                      HORACE W. GREEN
                                      Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE: 12/28/2009                 _____
                                 Honorable Vaughn R Walker

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Vaughn R Walker]*