1  **GEOFFREY V. WHITE (SBN. 068012)**
   **LAW OFFICE OF GEOFFREY V. WHITE**
2  351 California St., Suite 1500
   San Francisco, California 94104
3  Telephone: (415) 362-5658
   Facsimile:  (415) 362-4115
4  Email:  gvwhite@sprynet.com

5  Attorneys for Plaintiff

6

7  **HORACE W. GREEN (SBN 115699)**
   **GREEN & HUMBERT**
   220 Montgomery Street, Suite 1418
8  San Francisco, California 94104
   Telephone:  (415) 837-5433
9  Facsimile:  (415) 837-0127

10 Attorneys for Defendants

11
                    UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13

14
   **PATRICIA FORTLAGE**,                )   Case No. C-08-03406 VRW
15                                        )
              Plaintiff,                  )   **STIPULATION FOR**
16                                        )   **EXTENSION OF TIME TO CONDUCT**
        v.                                )   **STATUS CONFERENCE AND**
17                                        )   **[PROPOSED] ORDER THEREON**
   **HELLER EHRMAN**, **LLP,** a California )
18 partnership; **HELLER EHRMAN**         )
   **LONG-TERM DISABILITY PLAN;** and    )
19 **UNUM LIFE INSURANCE CO. OF**         )
   **AMERICA,** a Maine corporation,      )
20                                        )
              Defendants.                 )
21                                        )

22

23      Plaintiff Patricia Fortlage and Defendant Heller Ehrman Long-Term Disability Plan,

24 through their undersigned counsel, hereby stipulate and agree as follows:

25      WHEREAS, the Court on September 7, 2010 ordered that a Status Conference be held in

26 this matter on September 23, 2010 at 11:00 a.m. in Courtroom 6;

27      WHEREAS, Plaintiff's counsel will be out of the country during the period September

28 23, 2010 through October 13, 2010, and will not return to the office until October 14, 2010;

Stipulation For Extension Of Time To Conduct Status Conference And [Proposed] Order
Thereon -  Case No. C 08-03406 VRW                                              -1 -

1  NOW THEREFORE, it is hereby stipulated by and between the parties, through their
2 undersigned counsel, to respectfully request the Court to extend the time for holding the Status
3 Conference herein to ~~October 28, 2010 at 11:00 a.m.~~ November 12, 2010 at 3:30 PM in Courtroom 6.

4 DATED:  September 14, 2010         LAW OFFICE OF GEOFFREY V. WHITE

6                                    By:  **/s/ Geoffrey V. White**
7                                         GEOFFREY V. WHITE
                                           Attorney for Plaintiff

8
9 DATED:  September 14, 2010         GREEN & HUMBERT

11                                   By:  **/s/ Horace W. Green**
12                                        HORACE W. GREEN
                                          Attorneys for Defendants

14 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

16 DATE:  9/16/2010
17                                    Honorable Judge Vaughn R Walker

---

Stipulation For Extension Of Time To Conduct Status Conference And [Proposed] Order
Thereon -  Case No. C 08-03406 VRW                                              - 2 -