Geoffrey V. White (SBN 068012)
LAW OFFICE OF GEOFFREY V. WHITE
351 California Street, Suite 1500
San Francisco, CA 94104
Telephone: (415) 362-5658
Facsimile: (415) 362-4115
Email: gvwhite@sprynet.com

Attorneys for Plaintiff

Horace W. Green (SBN 115699)
GREEN & HUMBERT
220 Montgomery Street, Suite 1418
San Francisco, California  94104
Telephone:  (415) 837-5433
Facsimile:   (415) 837-0127

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA FORTLAGE,<br><br>    Plaintiff,<br><br>vs.<br><br>HELLER EHRMAN, LLP; HELLER EHRMAN LONG-TERM DISABILITY PLAN, and UNUM LIFE INSURANCE CO. OF AMERICA<br>    Defendants. | Case No. C 08-03406 SBA (DMR)<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME AND** ~~**PROPOSED**~~ **ORDER (L.R. 6-2, 7-12)**<br><br>The Honorable Donna M. Ryu |

Plaintiff Patricia Fortlage and Defendants Heller Ehrman Long Term Disability Plan and Unum Life Insurance Company of America hereby request that the telephonic hearing set by the Court in the above-captioned action be continued from April 29, 2011 to May 6, 2011.  The parties further request that the deadline for submitting a joint letter to the Court be continued from April 26, 2011 to May 3, 2011.  Good cause exists for this Stipulated

Stipulated Request for Order Changing Time and ~~Proposed~~ Order - Case No. C 08-03406 SBA (DMR)

Request in that, as set forth in the Declaration of Horace W. Green submitted concurrently herewith, counsel for Defendants has a scheduling conflict and will be out of town on those dates.

DATE: April 20, 2010        LAW OFFICE OF GEOFFREY V. WHITE


By:  **/s/ Geoffrey V. White**
     GEOFFREY V. WHITE
     Attorney for Plaintiff


DATE: April 20, 2010        GREEN & HUMBERT


By:  **/s/ Horace W. Green**
     HORACE W. GREEN
     Attorneys for Defendants


## ORDER

Having reviewed the Stipulated Request for Order Changing Time and the Declaration of Horace W. Green submitted in support thereof, and good cause appearing,

**IT IS HEREBY ORDERED** that the parties shall submit a joint letter addressing Defendant Unum Life Insurance Company's argument that no discovery has been permissible in this case to date by no later than May 3, 2011. The joint letter may not exceed five pages total and shall not include exhibits.

**IT IS FURTHER ORDERED** that the parties shall participate in a telephonic conference with the Court regarding the subject of the joint letter on May 6, 2011 at **10:30 a.m.** Counsel for Plaintiff shall initiate the three-way conference call to the Court as

Stipulated Request for Order Changing Time and ~~Proposed~~ Order – Case No. C 08-03406 SBA (DMR)    2

follows: (1) by first calling counsel for Defendant Unum Life Insurance Co. of America; and then (2) with all counsel on the line, calling the Court's call-in number, five minutes prior to the scheduled start time.

In all other respects, the Court's April 19, 2011 Notice and Order remains in effect.

Dated: April 21, 2011    _____

DONNA M. RYU
United States Magistrate Judge