GEOFFREY V. WHITE, SBN 068012
LAW OFFICE OF GEOFFREY V. WHITE
351 California Street, Suite 1500
San Francisco, CA 94104
Telephone: (415) 362-5658
Facsimile: (415) 362-4115

Attorneys for Plaintiff, Patricia Fortlage

HORACE W. GREEN, SBN 115699
GREEN & HUMBERT
220 Montgomery Street, Suite 1418
San Francisco, California 94104
Telephone: (415) 837-5433
Facsimile: (415) 837-0127

Attorneys for Defendants
HELLER EHRMAN, LLP;
HELLER EHRMAN LONG TERM
DISABILITY PLAN; and
UNUM LIFE INSURANCE COMPANY
OF AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA FORTLAGE,<br><br>    Plaintiff,<br><br>vs.<br><br>HELLER EHRMAN LLP; HELLER EHRMAN LONG TERM DISABILITY PLAN; and UNUM LIFE INSURANCE CO. OF AMERICA,<br><br>    Defendants. | CASE NO.: C 08-03406 SBA DMR<br><br>**AMENDED ORDER *DENYING* STIPULATION MODIFYING COURT'S SCHEDULING ORDER**<br>**[F.R.C.P 16(b)(4)]** |

Plaintiff Patricia Fortlage, and Defendants Heller Ehrman LLP, Heller Ehrman Long Term Disability Plan, and Unum Life Insurance Company of America, by and through their respective counsel of record, hereby stipulate to modify the Court's Scheduling Order to

STIPULATION AND PROPOSED ORDER MODIFYING SCHEDULING ORDER
Case No. C 08-03406 SBA DMR

extend the briefing schedule for filing of Cross Motions for Judgment under Rule 52, FRCP, including opposition and reply briefs. This Stipulation is necessary because of the following facts:

1. The parties mediated the matter in March 2011. The matter did not settle at that time.
2. Subsequently, the mediator has maintained telephone contact with the parties through counsel. The most recent communications occurred in January 2012.
3. As a result of those communications, the parties now believe that a further mediation session would be productive. The earliest mutually convenient date upon which the parties could agree for a mediation session involving personal appearance by the parties is February 28, 2012.
4. The current briefing schedule requires the parties to file Cross Motions for Judgment no later than February 7, 2012. Opposition briefs are due February 21, 2012. Reply briefs are due February 28, 2012.
5. The parties would like the opportunity to make one more effort to resolve the case before submitting the cross motions to the Court

By reason of the foregoing, the parties hereby stipulate that pursuant to Fed. R. Civ. Pro. Rule 16(b)(4), good cause exists to modify the Court's Scheduling Order . The Court is respectfully requested to extend the time for the parties to file their Cross Motions for Judgment to March 27, 2012, with Opposition briefs due no later than April 10, 2012 and Reply briefs due no later than April 17, 2012. As the Court has set no other dates for Pretrial or Trial, the parties believe no other dates are affected by this Stipulation.

DATED: January ___, 2012                 GREEN & HUMBERT

By: /s/ Horace W. Green
Horace W. Green

Attorneys for Defendants

STIPULATION AND PROPOSED ORDER MODIFYING SCHEDULING ORDER
Case No. C 08-03406 SBA DMR
2

GREEN & HUMBERT
220 Montgomery Street
Suite 1418
San Francisco, CA
(415) 837-5433

DATED: January ___, 2012              LAW OFFICE OF GEOFFREY V. WHITE

                                      By: ___/s/ Geoffrey V. White___
                                              Geoffrey V. White

                                      Attorneys for Plaintiff

**ORDER *DENYING SIPULATION***

Dated: 2/1/12

_Saundra B Armstrong_
Saundra Brown Armstrong
United States District Judge

STIPULATION AND PROPOSED ORDER MODIFYING SCHEDULING ORDER
Case No. C 08-03406 SBA DMR
2

GREEN & HUMBERT
220 Montgomery Street
Suite 1418
San Francisco, CA
(415) 837-5433