GEOFFREY V. WHITE, SBN 068012
LAW OFFICE OF GEOFFREY V. WHITE
351 California Street, Suite 1500
San Francisco, CA 94104
Telephone: (415) 362-5658
Facsimile: (415) 362-4115

Attorneys for Plaintiff, Patricia Fortlage

HORACE W. GREEN, SBN 115699
GREEN & HUMBERT
220 Montgomery Street, Suite 1418
San Francisco, California 94104
Telephone: (415) 837-5433
Facsimile: (415) 837-0127

Attorneys for Defendant
HELLER EHRMAN LONG TERM
DISABILITY PLAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA FORTLAGE, | CASE NO.: C 08-03406 SBA |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER OF DISMISSAL** |
| vs. | |
| HELLER EHRMAN LLP; HELLER EHRMAN LONG TERM DISABILITY PLAN; and UNUM LIFE INSURANCE CO. OF AMERICA, | |
| Defendants. | |

Plaintiff Patricia Fortlage, and Defendant Heller Ehrman Long Term Disability Plan, by and through their respective counsel of record, hereby stipulate that this matter be dismissed in its entirety, with prejudice, each party to bear its own costs of suit and attorney's fees.

STIPULATION AND PROPOSED ORDER OF DISMISSAL
Case No. C 08-03406 SBA DMR

DATED: May 15, 2012 GREEN & HUMBERT

By: /s/ Horace W. Green
      Horace W. Green

Attorneys for Defendants

DATED: May 15, 2012 LAW OFFICE OF GEOFFREY V. WHITE

By: /s/ Geoffrey V. White
      Geoffrey V. White

Attorneys for Plaintiff

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that this matter be dismissed in its entirety, with prejudice, each party to bear its own costs of suit and attorney's fees.

Dated: 5/18/12

_____
Saundra Brown Armstrong
United States District Judge

STIPULATION AND PROPOSED ORDER OF DISMISSAL
Case No. C 08-03406 SBA DMR
   2