GEOFFREY V. WHITE, SBN 068012
LAW OFFICE OF GEOFFREY V. WHITE
351 California Street, Suite 1500
San Francisco, CA 94104
Telephone: (415) 362-5658
Facsimile: (415) 362-4115

Attorneys for Plaintiff, Patricia Fortlage

HORACE W. GREEN, SBN 115699
GREEN & HUMBERT
220 Montgomery Street, Suite 1418
San Francisco, California 94104
Telephone: (415) 837-5433
Facsimile: (415) 837-0127

Attorneys for Defendant
HELLER EHRMAN LONG TERM
DISABILITY PLAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA FORTLAGE, | CASE NO.: C 08-03406 SBA |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER OF DISMISSAL** |
| vs. | |
| HELLER EHRMAN LLP; HELLER EHRMAN LONG TERM DISABILITY PLAN; and UNUM LIFE INSURANCE CO. OF AMERICA, | |
| Defendants. | |

Plaintiff Patricia Fortlage, and Defendant Heller Ehrman Long Term Disability Plan, by and through their respective counsel of record, hereby stipulate that this matter be dismissed in its entirety, with prejudice, each party to bear its own costs of suit and attorney's fees.

**GREEN & HUMBERT**
220 Montgomery Street
Suite 1418
San Francisco, CA
(415) 837-5433

STIPULATION AND PROPOSED ORDER OF DISMISSAL
Case No. C 08-03406 SBA DMR

DATED: May 15, 2012                    GREEN & HUMBERT

                                       By: /s/ Horace W. Green
                                           Horace W. Green

                                       Attorneys for Defendants


DATED: May 15, 2012                    LAW OFFICE OF GEOFFREY V. WHITE

                                       By: /s/ Geoffrey V. White
                                           Geoffrey V. White

                                       Attorneys for Plaintiff


**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that this matter be dismissed in its entirety, with prejudice, each party to bear its own costs of suit and attorney's fees.

Dated: 5/18/12

_____
Saundra Brown Armstrong
United States District Judge

STIPULATION AND PROPOSED ORDER OF DISMISSAL
Case No. C 08-03406 SBA DMR
 2